IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRANKLIN WATKINS                                                          PLAINTIFF

v.                              Civil No. 6:18-cv-6097

SHERIFF JASON WATSON, *et al.*                                         DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 5, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Marschewski found that Plaintiff has failed to comply with the Court's October 11, 2018 order directing him to either file a complete *in forma pauperis* application or pay the filing fee by October 29, 2018. Judge Marschewski also found that mail sent by the Court to Plaintiff has been returned as undeliverable and that Plaintiff has failed to provide the Court with a current mailing address. Accordingly, Judge Marschewski recommends that the Court dismiss Plaintiff's complaint without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), for failure to obey a court order and failure to prosecute this case.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge